| | |
|---|---|
| LAW OFFICE OF<br>ERICK L. GUZMAN (SBN 244391)<br>740 4th St.<br>Santa Rosa, California, 95404<br>T:(707) 595-4474\ F:(707)540-6298<br>E: elg@guzmanlaw.org<br><br>Attorney for Defendant<br>FIDEL HURTADO | **FILED**<br><br>SEP 11 2014<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIN *et al*,<br><br>    Defendant. | CASE NO. CR 13-0121-JT<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING**<br><br>**SAN FRANCISCO VENUE**<br><br>CURRENT SENTENCING DATE:<br>**September 12, 2014 AT 9:30 A.M.**<br><br>PROPOSED SENTENCING DATE:<br>**November 4, 2014 at 10:00 A.M.** |

    The sentencing date is currently set for September 12, 2014. Defense counsel has a scheduling conflict, and requesting the sentencing be re-scheduled for November 4, 2014 at 10:00 A.M.

    The parties further request that time be excluded from September 12, 2014 to November 4, 2014 to allow for effective preparation of counsel.

Case No. CR-13-0121-JT

IT IS SO STIPULATED

| | |
|---|---|
|    03/20/14    <br> DATED |    /s/    <br> MELINDA HAAG <br> United States Attorney <br> Northern District of California <br> KATIE MEDEARIS <br> Assistant United States Attorney |
|    03/20/14    <br> DATED |    /s/    <br> ERICK L. GUZMAN <br> Attorney for Mr. Hurtado |

## [~~PROPOSED~~] ORDER

For good cause shown, the current sentencing date of September 12, 2014 be vacated, and rescheduled to November 4, 2014 at 10:00 A.M.

IT IS FURTHER ORDERED that the time between September 12, 2014 and November 4, 2014 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

_9/11/14_
DATED

HON. JOHN S. TIGAR
United States Magistrate Judge